ACCEPTED
03-16-00091-CV
12445865
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/30/2016 2:05:46 PM
JEFFREY D. KYLE
CLERK

NO. 03-16-00091-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/30/2016 2:05:46 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AUSTIN, TEXAS

**JAMES A. DAVIS & VERONICA L. DAVIS**

Appellants,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
and GERALD KROUSE**

Appellee.

## APPELLEE, GERALD KROUSE'S MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

Appellee, Gerald Krouse files this Motion for Extension of Time to File Brief, and in support thereof, respectfully represents the following:

1.     This is Appellee's second request for an extension of time in this appeal.

2.     The current deadline for Appellee to file his brief is September 9, 2016.

3.     Appellee, Gerald Krouse, requests an extension of time to file his Brief

until and including October 7, 2016. This extension is needed to provide the attorney of record for this Appellee more time to research and brief the necessary legal authorities that are involved in responding to all issues raised in Appellant's Brief. This Motion is not presented for purposes of delay, but so that justice may be done.

The attorney of record for the Appellant has not responded to an e-mail sent on August 29, 2016, which asked that attorney to advise if she has any objection to this extension request. The attorney of record for the other Appellee has consented to this Motion by e-mail.

WHEREFORE, Appellee respectfully requests the Court to extend Appellee's deadline for filing his Brief until and including October 7, 2016.

Respectfully submitted,

MACINNES, WHIGHAM & SIEFKEN
3305 Northland Dr., Ste. 205
Austin, Texas 78731
512-477-6813 Telephone
512-477-7573 Facsimile

By:_____
Gregory A. Whigham
State Bar No. 21266800
ATTORNEY FOR APPELLEE,
GERALD KROUSE

## CERTIFICATE OF CONFERENCE

I, Gregory A. Whigham, sent an e-mail on August 29, 2016, to Veronica L. Davis, the attorney of record for the Appellant, inquiring whether there was any objection to this extension request. That attorney has not responded to that e-mail. I have conferred with Edward F. Kaye, the attorney of record for the other Appellee, by e-mail and he does not oppose this Motion.

_____
Gregory A. Whigham

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was forwarded by e-mail on August 30, 2016, to the following counsel of record:

Veronica L. Davis
226 N. Mattson
West Columbia, Texas 77486
Facsimile: 979-345-5461
vld57atal@yahoo.com
Counsel for Appellants

Edward F. Kaye
Skelton & Woody
248 Addie Roy, Bldg. B., Ste. 302
Austin, Texas 78746
Facsimile: 512-651-7001
ekaye@skeltonwoody.com
Counsel for Appellee,
State Farm Mutual Automobile
Insurance Company

_____
Gregory A. Whigham